UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK DAVIS,<br>Plaintiff,<br>v.<br>FRANCISO JIMENEZ, et al.,<br>Defendants, | Case No. 1:26-cv-06012-HBK<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

Plaintiff, a prisoner, initiated this action on July 31, 2026, by filing a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff seeks leave to proceed *in forma pauperis* (Doc. 2) and has submitted a copy of his prison trust fund statement and/or certification from prison officials in support. (Doc. 5). Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915. **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $45.00[1] (20% of the average 6-month deposits to the prisoner's account).** Thereafter, Plaintiff must make monthly payments of 20% of the preceding month's income

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits to, or average monthly balance of, a prisoner's account. 28 U.S.C. § 1915(b)(1)(A), (B). Plaintiff had average monthly deposits of $225.00 to his account over the relevant six-month period.

credited to his trust account. The California Department of Corrections is required to send the initial $45.16 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in his account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS ORDERED:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $45.00 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(A) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and case number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated: September 9, 2026

Helena M. Barch-Kuchta
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE